UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 03-560-1 (RBW) |
| VINCENT E. REED, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the continuation of the May 11, 2020 motion hearing, which was conducted by teleconference on June 11, 2020, it is hereby

**ORDERED** that the defendant's Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 207, is **DENIED**.

**SO ORDERED** this 11th day of June, 2020.

REGGIE B WALTON
United States District Judge